IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01745-WYD-KLM

SANDEEP KOHLI and
SAPNA KOHLI,

    Plaintiffs,

v.

ALBERTO GONZALES, Attorney General of the United States,
DEPARTMENT OF HOMELAND SECURITY;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services,
U.S. CITIZENSHIP & IMMIGRATION SERVICES NEBRASKA SERVICE CENTER;
GERARD HEINAURER, Director, USCIS Nebraska Service Center;
ROBERT S. MUELLER, III., Director of the Federal Bureau of Investigation,
FEDERAL BUREAU OF INVESTIGATION, and
THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER DISMISSING PLAINTIFFS' CLAIMS

THIS MATTER is before the Court on the Parties' Stipulated Motion to Dismiss, filed October 17, 2007 (docket # 7). The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that the Stipulated Motion to Dismiss, filed October 17, 2007 (docket # 7) is **APPROVED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorneys' fees.  The clerk is directed to close this case.

Dated: October 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge